Thiago M. Coelho, SBN 324715
thiago@wilshirelawfirm.com
Binyamin I. Manoucheri, SBN 336468
binyamin@wilshirelawfirm.com
**WILSHIRE LAW FIRM**
3055 Wilshire Blvd., 12th Floor
Los Angeles, California 90010
Telephone: (213) 381-9988
Facsimile: (213) 381-9989

*Attorneys for Plaintiff and Proposed Class*

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PORTIA MASON, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> JILLIAN RYDELL d/b/a PINNACLE MALIBU, and DOES 1 to 10, inclusive, <br><br> Defendants. | Case No.: 2:21-cv-08580-SB-JC <br><br> CLASS ACTION <br><br> Hon. Judge Stanley Blumenfeld, Jr. <br><br> **NOTICE OF SETTLEMENT** <br><br><br> Complaint filed: October 29, 2021 <br> Trial Date: Not Set |

1  Plaintiff Portia Mason ("Plaintiff") hereby notifies the Court that the claims
2  of Plaintiff have settled on an individual basis. A notice of dismissal with prejudice
3  as to Plaintiff's individual claims and without prejudice as to the putative class will
4  be filed upon execution of a formal settlement agreement in accordance with
5  Federal Rule of Civil Procedure 41(a)(1)(A)(i). Plaintiff reserves the right to reopen
6  within thirty (30) days if a settlement is not finalized.

8  Dated: January 7, 2022                    Respectfully Submitted,

10                         /s/ Thiago M. Coelho
11                         Thiago M. Coelho
                           **WILSHIRE LAW FIRM**
12                         *Attorneys for Plaintiff and*
                           *Proposed Class*

1
NOTICE OF SETTLEMENT

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on January 7, 2022, a true and correct copy of the foregoing was electronically filed with the Clerk of the Court using the Court's CM/ECF system, which sent notification to all counsel of record, who are deemed to have consented to electronic service via the CM/ECF system.

Dated: January 7, 2022        */s/ Thiago M. Coelho*
                              Thiago M. Coelho