JS-6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PORTIA MASON, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>JILLIAN RYDELL d/b/a PINNACLE MALIBU; and DOES 1 to 10, inclusive,<br><br>Defendants. | Case No.: 2:21-cv-08580-SB-JC<br><br>**ORDER GRANTING VOLUNTARY DISMISSAL, PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)**<br><br>Complaint filed:   October 29, 2021 |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

On January 31, 2022, Plaintiff filed a notice of voluntary dismissal with prejudice as to the Plaintiff's claims and without prejudice as to the claims of the proposed class, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) [Dkt. 15].

Upon due consideration, good cause appearing, the Court DISMISSES this action with prejudice as to the Plaintiff's claims and without prejudice as to the claims of the proposed class. Each party must bear its own costs and attorneys' fees. The Clerk of Court is instructed to terminate all pending motions and deadlines, and close the case.

**IT IS SO ORDERED.**

DATED:  January 31, 2022        By: _____
                                        Hon. Stanley Blumenfeld, Jr.
                                        United States District Court Judge